

| | **State of New Jersey** | |
|---|---|---|
| PHILIP D. MURPHY<br>*Governor* | OFFICE OF THE ATTORNEY GENERAL<br>DEPARTMENT OF LAW AND PUBLIC SAFETY<br>DIVISION OF LAW<br>25 MARKET STREET<br>PO Box 112<br>TRENTON, NJ 08625-0112 | MATTHEW J. PLATKIN<br>*Attorney General* |
| TAHESHA L. WAY<br>*Lt. Governor* | | MICHAEL T.G. LONG<br>*Director* |

April 29, 2024

**Via CM/ECF Only**
Hon. Matthew A. Hammer, U.S.M.J.
United States District Court
Martin Luther King Building
  & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

> Re:  **Robert Browning v. John Young**
>      **Civ. No. 2:22-cv-6883 (MCA-MAH)**

Dear Judge Hammer:

The undersigned represents Defendant Young in the above captioned matter. I write the court to request a seven (7) day extension of time to filed Defendant brief in reply. Consent was sought from Mr. Browning, appearing *pro se*, and he has declined to give his consent.

The undersigned requests this short extension because of the press of other matter. In preparation for trial in Union County Superior Court, in the matter of *Gosal v. Kean University*, docket UNN-L-2396-18, scheduled for June 3, 2024, the undersigned traveled to western Pennsylvania last week for a de bene esse deposition of a key witness. Preparation for this deposition, along with the press of other matters, hampered opportunities to draft a reply brief in time to be reviewed and filed.

Thank you for your time and consideration of these matters.



HUGHES JUSTICE COMPLEX • TELEPHONE: (609) 376-2998 • FAX: (609) 777-3607
*New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*

April 29, 2024
Page 2

Respectfully submitted,

MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY

By: /s/ Adam Robert Gibbons
Adam Robert Gibbons
Deputy Attorney General

CC: Mr. Robert Browning, pro se
(via regular mail)

The Court has considered Defendant's request, and Plaintiff's opposition, and finds good cause to grant Defendant's extension request.

SO ORDERED

s/Michael A. Hammer
Michael A. Hammer, U.S.M.J.
Date: 4/30/2024